UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
AT Rome

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

DEC 21 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

_Kellie Kopinski

_____

_____

Plaintiff(s)

v.

Posten Mccracken
Officer James Precise
Detective James Leamon
. Capt David Wyrick
 Greg Wingo
 Officer Shadwick
 Officer Hartman
 Elizabeth Baker
 Kirk Alexander
 Dr.Akinwande Erinle
        Defendant(s)

case no.

4: 09CV- 212 -HLM

**COMPLAINT**

1. 1. Short and plain statement of the grounds for filing this case in federal court.(include federal statutes and /or U.S Constitutional , provisions if you know them):

Denial of due process which protected under the 14th Amendment. Unwarrantable search and seizure. 4th Amendment. Fabrication of evidence to unlawfully detain Children. Made threats and intimidation to comply or get children taken in to custody, which is kidnapping. Unlawful enter in to private residence and seized children with out probable cause. Falsely arresting with extreme force. Deny parents rights to take child to get a second opinion from a Doctor that specializes in dermatology. Deprivation to be a parent. The right to exercise religious beliefs under the first Amendment. Denial the right to exercise children's rights on their behalf.

## 42 U.S.C. § 1983 : US Code - Section 1983: Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

**Title 42, U.S.C., Section 14141**
**Pattern and Practice**
This civil statute was a provision within the Crime Control Act of 1994 and makes it unlawful for any governmental authority, or agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.

Whenever the Attorney General has reasonable cause to believe that a violation has occurred, the Attorney General, for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice.

Types of misconduct covered include, among other things:

1. Excessive Force
2. Discriminatory Harassment
3. False Arrest
4. Coercive Sexual Conduct
5. Unlawful Stops, Searches, or Arrests

# Title 18, U.S.C., Section 1001
# Fraud and False Statements

- **United States Code**
    - **TITLE 18 - CRIMES AND CRIMINAL PROCEDURE**
        - **PART I - CRIMES**
            - **CHAPTER 47 - FRAUD AND FALSE STATEMENTS**

*U.S. Code as of: 01/02/01*

**Section 1001. Statements or entries generally**

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully -

   (1) ==falsifies, conceals, or covers up by any trick, scheme, or device a material fact;==

   (2) ==makes any materially false, fictitious, or fraudulent statement or representation;== or

   (3) ==makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry==; shall be fined under this title or imprisoned not more than 5 years, or both.

## 18 USC Sec. 1203
**TITLE 18 - CRIMES AND CRIMINAL PROCEDURE**
**PART I - CRIMES**
**CHAPTER 55 - KIDNAPPING**
Laws: Cases and Codes : U.S. Code : Title 18 : Section 1203

**STATUTE**

(a) Except as provided in subsection (b) of this section, whoever, whether inside or outside the United States, ==seizes or detains and threatens== to kill, to injure, ==or to continue to detain another person in order to compel a third person== or a governmental organization ==to do or abstain from doing any act as an explicit or implicit condition for the release of the person detained==, or attempts or ==conspires to do so==, shall be punished by imprisonment for any term of years or for life and, **if the death of any person results, shall be punished by death or life imprisonment.**

Section 2236. Searches without warrant

Whoever, being an officer, agent, or employee of the United States or any department or agency thereof, engaged in the enforcement of any law of the United States, searches any

private dwelling used and occupied as such dwelling **without a warrant directing such search, or maliciously and without reasonable cause** searches any other building or property without a search warrant, shall be fined for a first offense not more than $1,000; and, for a subsequent offense, shall be fined under this title or imprisoned not more than one year, or both.

    This section shall not apply to any person -
      (a) serving a warrant of arrest; or
      (b) arresting or attempting to arrest a person committing or attempting to commit an offense in his presence, or who has committed or is suspected on reasonable grounds of having **committed a felony**; or
      **(c) making a search at the request or invitation or with the consent of the occupant of the premises.**

## Title 18, U.S.C., Section 241
## Conspiracy Against Rights

<u>Laws: Cases and Codes</u> : <u>U.S. Code</u> : <u>Title 18</u> : <u>Section 241</u>

**This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).**

**It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.**

**Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.**

2. Plaintiff,_____kellie Kopinski
_____resides at
    Street Address___1824 Roane state hwy unit 165_____,_____,____harriman___TN_____33748_,_____9865)292-9968_____
                                                      state      Zip code      Phone Number
(If more than one plaintiff, provide the same information for each plaintiff)

**3.Defendant,_Posten MCcracken**_____lives at,or its
business is located at
**P.O.Box 1600**                                                    **Ringgold**
_____
**Street address**                                                                                       **city**


**Catoosa**                              **GA**                          **30742**
_____,_____,_____
**County**                                 **State**                            **zip code**


(if more than one defendant,provide the same information for each defendant below)
_Officer James Precise 900 city hall dr. Fort Oglethorpe,GA 30742 _Capt.David Wyrick900 city hall dr. Fort Oglethorpe,GA 30742 ,Detective James Leamon 900 city hall dr. Fort Oglethorpe,GA 30742 Greg Wingo 900 city hall dr. Fort Oglethorpe,GA 30742,Officer Shadwick900 city hall dr. Fort Oglethorpe,GA 30742 Officer Hartman900 city hall dr. Fort Oglethorpe,GA 30742 Lindsey New 1252 clouds springs rd Fort oglethorpe ga 30742  Kirk  Alexander 7449 Nashville st Ringgold, GA 30736 Elizabeth Baker 7449 Nashville st Ringgold GA 30736  Dr.Akinwande Erinle 84 Stuart Rd Fort Oglethorpe GA 30742


_short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional sheets of paper if necessary): Violation occured at 907 oglethorpe Ridge lane Fort ogelthorpe GA 30742

                                                      **Facts**

1. On November 22 2008 a Saturday My son David Kopinski , woke up early that morning,He had drainage from his nasal passage way. It was the color of yellowish green, which indicates a viral infection. As his Mother, I followed our religious medical beliefs to use Holistic medicine first. Which is natural methods of healing. By that evening it had appeared to begin to work on my son David. I gave my son a bath that evening from where he was having an slight episode of diarrhea and had urinated on him self. He then went to sleep at 8pm that evening. I check on him at 10pm that evening and found him sleeping on the carpet in his room instead of his air mattress picked him and carried him and laid him down on to  his air mattress. Then I retired for the night. Sunday morning he awoke at 8am,he was drenched in urine, I his Mother immediately gave him a bath and put him in fresh clean clothes. He told me "Mommy I feel better,David feels better."He sat down at the table I gave him some broth to drink,and some apple juice. He drank the apple juice and ate a croissant that he asked for, and then went to watch some TV. He took a nap that afternoon, and had urinated on him self, So I gave him another bath. He then used the commode and had another episode of diarrhea. That evening he started to show signs of a rash. I went on to the computer to put in the description of what his rash looked like and in the search what came up was  Contact dermatitis. I then decided he needed to see a Doctor . On November 24th 2008 9:50 A.M. I Brought David to the doctors office. Located in Fort Oglethorpe on 84 Stuart Rd Fort Oglethorpe GA 30742 . Dr. Akinwande Erinle,Whom never seen my son David before, It took him two hours to see my son David. When Dr. Akinwande Erinle finally saw him at 11:55 A.M. I asked him "What is this on my son,What is it from?" The Dr. Akinwande Erinle response was quiet, his words word mumbled and what was said clearly was "I don't know." He repeated it a few time when I asked and he insisted he did not know. He told me that I needed to take him to the

Hospital for some testing at the outpatient womans center and pediatric. I drove my son to the hospital. Where he was only suppose to get some tests done. He was Admitted. At 3 P.M. Is when they started to do tests and X-rays on him. No one would tell I his Mother any information in regarding what was causing him to be sick. The Doctor would not and refused to listen to any thing I had to say to explain to him what was going on with him as far as his illness. At 5 o'clock that evening is when Kirk Alexander had came to the hospital. He introduced him self. He started to coerce me to cooperate with him, Made threats after I asserted my child's rights and my own rights not to answer any questions or search my son with out and attorney present and with out a search warrant. His response was a laugh and denied my request. He then had an adult tantrum and then called the Fort Oglethorpe Police department.. Kirk Alexander told the police and judge Posten McCracken what ever he had to about the situation to take my children in to custody.

That evening around 7pm they showed up at my apartment, my husband was watching the other two children Kevin and timothy Kopinski.. They knocked on the door profusely and forcedly for approximate 45 minute to an hour. Before deciding to bust in to the apartment. My husband whom refuse to allow any official in to them home with out a warrant. The Fort Oglethorpe Police department busted in told my husband to get down to the ground or he will blow his head off right in front of my two sons. and arrested my husband for obstruction of justice. On November 26th 2008, There was a 48 hour hearing, which was supposed to be a 72 hearing. Where my husband and I got ambushed and Charged with Cruelty to children in the first degree. Kirk Alexander only produced here say evidence during this hearing. Which was acclaimed that my son David Kopinski had chronic cough, upper respiratory infection and rug burn and abrasions. Nothing was given to either attorney to prepare for a defense during this hearing. On December 8th was the ten day hearing. My husband and I pleaded the 5th. At this hearing Kirk Alexander was sworn in told his side only. Making this case a one sided with no evidence other than hear say evidence. The judge heard what he had to say and that was the end of it. No copies of any order was made, no real evidence shown as to why they had a right to remove our children or even charge us with such an outrageous charge. No due process, made guilty of every thing being said order to do a service plan. Was never given any of the court orders till very recently so that we could not appeal the first decision to the higher court.

2. **Argument**

Dr. Akinwande Erinle, did not want to listen to a word I had to say which would made him think his discriminatory decision as to what was wrong with my son and not jump to conclusions as to what he had and not automatically assume my son David Kopinski was abused. Instead of making a hasty decision, could have allowed my self take my son David to be seen by a dermatologist which would have been able to determine if David had contact dermatitis. I as the mother have the enjoyment and right protected under the 1st Amendment that allows me to exercise my religious beliefs and freedoms. Have a right to use holistic methods of treatment first. This judgment was made based on that my son was overly prescribed antibiotics which over use of antibiotics can shut down the immune response. I strongly felt the need to first treat my son with out the need for antibiotics. It was given reason effort to attempt such treatment with out putting my child in further health risk, the fact that my son had told me the very next day he felt better, indicated that the treatment may have been working. When it failed he was taken with in a reasonable time frame to the doctor to seek further medical help. When the doctor insisted he had no idea what was wrong with my son and sends me to the hospital and then secretly tells Kirk

Alexander some thing entirely different, in a conspiracy to make it appear that a crime happen. Just because I stood up for my sons right to have a search warrant and attorney present and my rights as well to have an attorney present during a criminal investigation. It is required by law to have a warrant to collect evidence. Denying some one the right to have an attorney present during questioning at a supposed crime scene is suppression of rights.. Not only did he conspire with the doctor secretively to make it look like a crime happen he convinced the doctor to go along with this conspiracy when he brought this fraudulent statements to Posten Mccracken over the phone. Posten Mccracken whom took his word to be true and allowed this conspiracy to be fact. To conspire against some one to detain persons unlawfully is criminal. The fallowing laws violated are: **Title 18, U.S.C., Section 241 Conspiracy Against Rights**

Laws: Cases and Codes : U.S. Code : Title 18 : Section 241

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Then taking this conspiracy to a judge swear under oath violates under **Title 18, U.S.C., Section 1001 Fraud and False Statements**

- United States Code
    - TITLE 18 - CRIMES AND CRIMINAL PROCEDURE
        - PART I - CRIMES
            - CHAPTER 47 - FRAUD AND FALSE STATEMENTS

*U.S. Code as of: 01/02/01*

Section 1001. Statements or entries generally

 (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or  judicial branch of the Government of the United States, knowingly and willfully -

   (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

   (2) makes any materially false, fictitious, or fraudulent statement or representation; or

   (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title or imprisoned not more than 5 years, or both.

> Medical records that I the mother requested on December 10th 2008 from the Dr. Dr. Akinwande Erinle were denied repetitively given the excuses they were back logged. Months went by and I was still given the run around for my sons medical records. This

denial indicates that there is in fact a cover up to conspire a fictitious crime that never happen to continue to detain my children from I and my husband. There was no petition shown to be appealed, no warrant shown that would give right to search my children and home. No present danger to prove they had a right to be there. Had they had a right to be there it would not take 45 minutes to break in to my apartment. I never gave permission. I never agreed to nothing, I did assert my rights and children's rights and they were denied.

Which is a violation of **18 USC Sec. 1203**

**TITLE 18 - CRIMES AND CRIMINAL PROCEDURE**
**PART I - CRIMES**
**CHAPTER 55 - KIDNAPPING**

Laws: Cases and Codes : U.S. Code : Title 18 : Section 1203

**STATUTE**

(a) Except as provided in subsection (b) of this section, whoever, whether inside or outside the United States, seizes or detains and threatens to kill, to injure, or to continue to detain another person in order to compel a third person or a governmental organization to do or abstain from doing any act as an explicit or implicit condition for the release of the person detained, or attempts or conspires to do so, shall be punished by imprisonment for any term of years or for life and, **if the death of any person results, shall be punished by death or life imprisonment.**

Posten McCracken Violated under the 14th Amendment by denying due process. Violated the 14th amendment by denying our rights to be parents and our right to have and to raise our children. As we see reasonable fit. Posten McCracken knowing went along with Kirk Alexanders statements and made them to be true based only on his word and no real evidence that would prove the children were in inement harm. Posten McCracken violates the following law **Title 18, U.S.C., Section 242**

**Deprivation of Rights Under Color of Law**

Laws: Cases and Codes : U.S. Code : Title 18 : Section 242

This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her

official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or **may be sentenced to death.**

> Making judgments against I and my husband with out due process making the case one sided. Posten ruling to remove the children based upon that I and my husband exercised our rights making us suspicious for exercising our rights, which make it were he also denied our constitutional rights and he must abide by the federal laws that are written to protect against unfairness when accused of a crime. **Title 42, U.S.C.,**

## Section 14141
## Pattern and Practice

Laws: Cases and Codes : U.S. Code : Title 42 : Section 14141

This civil statute was a provision within the Crime Control Act of 1994 and makes it unlawful for any governmental authority, or agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles that deprives persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.

Whenever the Attorney General has reasonable cause to believe that a violation has occurred, the Attorney General, for or in the name of the United States, may in a civil action obtain appropriate equitable and declaratory relief to eliminate the pattern or practice.

Types of misconduct covered include, among other things:

1. Excessive Force
2. Discriminatory Harassment
3. False Arrest
4. Coercive Sexual Conduct
5. Unlawful Stops, Searches, or Arrests

> Kirk Alexander violates along side the officers Officer James Precise, Detective James Leamn, Capt. David Wyrick, Greg Wingo, Officer Shadwick, Officer Hartman by breaking in to my apartment with no warrant and knocking on the door for 45 minutes indicates that there was no probable cause nor evidence of inement danger they forcibly enter in to the apartment ceased children which is kidnapping. They knowing and

intentionally violated the following laws **Section 2236. Searches without warrant**

Whoever, being an officer, agent, or employee of the United States or any department or agency thereof, engaged in the enforcement of any law of the United States, searches any private dwelling used and occupied as such dwelling without a warrant directing such search, or maliciously and without reasonable cause searches any other building or property without a search warrant, shall be fined for a first offense not more than $1,000; and, for a subsequent offense, shall be fined under this title or imprisoned not more than one year, or both.

This section shall not apply to any person -
(a) serving a warrant of arrest; or
(b) arresting or attempting to arrest a person committing or attempting to commit an offense in his presence, or who has committed or is suspected on reasonable grounds of having **committed a felony**; or
(c) making a search at the request or invitation or with the consent of the occupant of the premises.

## 8 USC Sec. 1203
### TITLE 18 - CRIMES AND CRIMINAL PROCEDURE
### PART I - CRIMES
### CHAPTER 55 - KIDNAPPING

Laws: Cases and Codes : U.S. Code : Title 18 : Section 1203

**STATUTE**

(a) Except as provided in subsection (b) of this section, whoever, whether inside or outside the United States, seizes or detains and threatens to kill, to injure, or to continue to detain another person in order to compel a third person or a governmental organization to do or abstain from doing any act as an explicit or implicit condition for the release of the person detained, or attempts or conspires to do so, shall be punished by imprisonment for any term of years or for life and, **if the death of any person results, shall be punished by death or life imprisonment.**

Elizabeth Baker whom admitted that the treatment of the so called rug burns on my son David Kopinski was lotion or ointment. That the first foster mom used on David which cleared it up right away. The fact is lotion is what healed my sons hands, Makes it where it is not what they claim to be and are just using any thing they can come up with to continue to detain my children. When using lotion to treat a rash it would indicate it was dry skin from where he slept with his hands in between his legs and had urinated on them it dried out his skin from to much moisture and between him urinating and I giving him 3 to 4 baths a day to wash the urine off of him, and contact with the carpet which I would find him sleeping on in stead of his air mattress. Elizabeth baker acknowledge that I could have been a chemical burn from the urine. Elizabeth baker admitted that no one in the department really knows what was wrong with my son David Kopinski, Knowingly allowed the department to continue to detain my children knowingly that Lotion is what treated my son's rash and cleared it up. And that is not rug burn for Lotion would irritated a burn further making it worsen and not get better. Elizabeth Baker with holds

this information and continues to intimidate and threaten I and my husband and said to I that if I and my husband want to see our children again we need to do a service plan which was made order with out due process. It also requires our signature on it to make it binding, the service plan was made on fabricated statements is being used as ransom. Not only she made threats to I, she has denied my brother guardianship, and made threats to him as well to have his children taken from him. In a recent legal document that states why we cannot have our children back, one of the reason was our home is still unsanitary, Miss Elizabeth baker committed perjury in this statement because she has not step foot in to our home since the kids were taken, two she been caught on tape saying when she went in to my apartment back in January how clean it was. She violates the following laws **8 USC Sec. 1203**

**TITLE 18 - CRIMES AND CRIMINAL PROCEDURE**
**PART I - CRIMES**
**CHAPTER 55 - KIDNAPPING**

Laws: Cases and Codes : U.S. Code : Title 18 : Section 1203

**STATUTE**

(a) Except as provided in subsection (b) of this section, whoever, whether inside or outside the United States, **seizes or detains and threatens** to kill, to injure, **or to continue to detain another person in order to compel a third person** or a governmental organization **to do or abstain from doing any act as an explicit or implicit condition for the release of the person detained**, **or attempts or conspires to do so**, shall be punished by imprisonment for any term of years or for life and, **if the death of any person results, shall be punished by death or life imprisonment.**

## Title 18, U.S.C., Section 241
## Conspiracy Against Rights

Laws: Cases and Codes : U.S. Code : Title 18 : Section 241

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or **may be sentenced to death. Title 18, U.S.C., Section 1001**
**Fraud and False Statements**

- United States Code

- **TITLE 18 - CRIMES AND CRIMINAL PROCEDURE**
  - **PART I - CRIMES**
    - **CHAPTER 47 - FRAUD AND FALSE STATEMENTS**

*U.S. Code as of: 01/02/01*

### Section 1001. Statements or entries generally

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully -

  (1) ==falsifies, conceals, or covers up by any trick, scheme, or device a material fact;==

  (2) ==makes any materially false, fictitious, or fraudulent statement or representation;== or

  (3) ==makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;== shall be fined under this title or imprisoned not more than 5 years, or both.

# FRAUD

- United States Code
  - TITLE 18 - CRIMES AND CRIMINAL PROCEDURE
    - PART I - CRIMES
      - CHAPTER 47 - FRAUD AND FALSE STATEMENTS

### Section 1001. Statements or entries generally

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully -

  (1) ==falsifies, conceals, or covers up by any trick, scheme, or device a material fact;==

  (2) ==makes any materially false, fictitious, or fraudulent statement or representation;== or

  (3) ==makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;== shall be fined under this title or imprisoned not more than 5 years, or both.

   (b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding. **(OK for system to lie?)**

   (c) With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to -

      (1) administrative matters, including a ==claim for payment==, a

> matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or
>
> (2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

**There is reason to believe that this was all conspired because I had a open lawsuit against a case worker in Tennessee and I have a reason to believe that the case worker in Tennessee learn of my move to GA, contacted The department down in GA. Then from there GA Department of children services assuming told The Doctor to report any thing even if it isn't abuse to the department. It is believed that the conspiracy started In Tennessee to get out of the law suit and to use the GA department of children's services for continued _harassment_** . In retaliation for the Law suit that was filed against the case worker in Tennessee, Whom I filed against for trying to violate my rights over a anonymous caller. This appears to be just a form of _harassment_ and retaliation for standing up for my rights and children's rights to live our life with in reasonable moral standards practiced by our religion. The first amendment and 14th amendment gives us the enjoyment of those rights. I Made every reasonable attempt to cure my sons illness that he contracted from his school. Protecting his immune system from further damage from the over use of antibiotics. Studies have shown that the over use of antibiotics in fact are creating super viruses which are more fetal and are immune from the antibiotics because of over use. I believe that natural healing methods do in fact work and have for centuries. I made these decision in a wisely timely manor and only sought help when it did not work. Either when My son told me he was feeling better the next day after the attempt to treat him, because he was feeling better or he told me because he has a fear of doctors. I have used these methods in the past and it worked. My children have never fallen ill to wear they needed instant medical attention from a hospital. They never fallen ill severely till we moved in to the apartment in Ga. I have reason to believe the carpet contributed to my sons illness. I should not have been denied a second opinion. Or even denied my rights to be with my children. Posten Mccracken made unjustifiable decision to remove my children based on Kirk Alexander conjured up, a fictitious story to make the situation look worse then what had occurred. Posten Mccracken made a bias decision to remove the children because I refused to cooperate when being threaten and coerced and denied the presences of a attorney, an warrant. Posten allowed Kirk to take them for suspicion for exercising our rights. It wasn't because he believed them to be in danger, but because we refused to cooperate with Kirk Alexander which made us suspicious. Then denied our right to appeal the removal decision by hiding the court order till it was too late to appeal. In order to make the order to stick. It is unlawful to fabricate to per sway an governmental official such as a Judge to kidnap children because A Parent I Kellie Kopinski exercised the rights of said children and Of I the plaintiff in this matter. It is to be believed that Kirk Alexander whom used deadly force of the Fort Oglethorpe police department and have my children taken by gun point for an illness is absurd. My children wore not in harms way and the fact it took them several hours to break in to my apartment indicate that no imminent danger was present. Had Officers **Officer James Precise, Capt David Wyrick, Greg Wingo, Officer Shadwick, Officer Hartman**

thought that my children were in imminent danger they would have had a right to be there and would not have taken over 45 minutes to break in to a apartment. Nor would they have waited hours before hand at the hospital to even go to my apartment. There was no imminent danger.   There was no warrant,there was no exigent circumstance.  My son David Kopinski was sick. The doctor Akinwande Erinle and Kirk Alexander took time to respond for reasons to believe they needed to come up with a false claim that would appear to be truthful only as a retaliation response to the exercised rights protected under the United States Constitution. False witness is also a crime.  To falsify a witness to conspire a crime in order to seek revenge against a United states citizen to threaten and detain ones children is unlawful and is consider kidnapping and accessory to kidnapping. Elizabeth baker whom is the case worker is with holding vital information that would release my children back in to my custody. Which now has made her also accessory to kidnapping. Kirk Alexander and Elizabeth Baker are using a unjustifiable service plan which in the matter it is written make I and my husband automatically guilty with out due process and make I and my husband agree to every word to be true. This is coercion and a scheme to continue to unlawfully detain my children David Kevin and Timothy from I Kellie Kopinski.

## Conclusion

It is here by requested that the court to pursue criminal charges Against Kirk Alexander,Posten Mccracken  Officer James Precise  Detective James Leamon  Greg Wingo  Officer Shadwick,Officer Hartman,Elizabeth Baker,Kirk Alexander,Dr.Akinwande Erinle. According to Federal Laws in which were stated above. To have Posten Mccracken's order reversed for it was ruled with out due process, no real evidence only hear say, Posten Mccracken stated that the only reason he made his ruling just because we exercised our constitutional rights and that it look suspicious to him and there was no other reason stated. It is not suspicious to request an attorney during a questioning to protect from  self incrimination,it not suspicious to exercise the 4th amendment when being accused of some thing that did not happen in the first place. It is our right which is protected under the constitution to exert our rights and to be protected from being threaten and to live our life and to enjoy the freedom to do so with out the continued harassment of the government.  It is requested of this  court for  immediately  return children and make Kirk Alexander case null and void since it was fabricated and used to oppress and threaten. Could not prove the children were in imminent danger. Request for a permanent injunction for the right not to be harassed by the government and relief of 4.5 million dollars for time lost with bonding with children. Loss of right to live according to the 1st and 14th amendments. The mental anguish that it has caused on I and the children.